UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MYHAN NGUYEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> ) <br> Defendant. ) | Case No. 3:24-cv-00791-SB <br><br> ORDER AWARDING FEES <br> PURSUANT TO THE EQUAL <br> ACCESS TO JUSTICE ACT |

It is hereby ORDERED that attorney fees in the amount of $8,350.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned these EAJA fees to his attorney and that Plaintiff has no debt that qualifies for offset against the award, pursuant to the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to Plaintiff's attorney, Rory Linerud, and mailed to Plaintiff's attorney's mailing address.

///

///

ORDER - EAJA FEES          1

If Plaintiff has a debt and/or if there is no valid assignment, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this 14th day of March, 2025.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

ORDER - EAJA FEES                                                2